STATE OF NEW JERSEY v. EDWARD LYNCH.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD LYNCH.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD LYNCH.

March 30, 1982.

Petition for certification denied.

JOHN BERKO v. RALPH FREDA.

March 30, 1982.

Petition for certification granted.   (See 182 *N.J.Super.* 396)

STATE OF NEW JERSEY v. ROBERT BLAKE, III.

March 30, 1982.

Petition for certification denied.